MARTIN, PRINGLE, OLIVER,
 WALLACE & BAUER, L.L.P.
645 E. Douglas Ave., Suite 100
Wichita, Kansas 67202
Telephone: (316) 265-9311
Facsimile: (316) 265-2955

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK LAZZO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 20-CV-01075 |
| FRONTIER WEALTH MANAGEMENT, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATION FOR DISMISSAL**

Mark Lazzo and Frontier Wealth Management, LLC ("Parties"), by and through their respective counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and Rule 41(c) seek an order from the Court dismissing the action in its entirety including all claims and counterclaims that were pled therein, with prejudice. The Parties are to pay their own respective attorney's fees and costs.

2

APPROVED BY:

MARTIN, PRINGLE, OLIVER,
 WALLACE & BAUER

By: /s/ Samantha M. H. Woods
    William R. Griffin, #21628
    Samantha M. H. Woods, #25929
    645 E. Douglas, Suite 100
    Wichita, KS  67201
    Tel: (316) 265-9311
    Fax: (316) 265-2955
    smwoods@martinpringle.com
  *Attorneys for Plaintiff*


KENNYHERTZ PERRY, LLC


By: /s/ Braden Perry
    Braden Perry, #21022
    2000 Shawnee Mission Pkwy, Ste. 210
    Mission Woods, Kansas 66205
    Tel: (816) 527-9447
    Fax: (855) 844-2914
    braden@kennyhertzperry.com

    and

    Sharron E. Ash, Esq. (*Pro Hac Vice*)
    Frank E. Derby, Esq. (*Pro Hac Vice*)
    61 W. Palisade Ave.
    Englewood, NJ 07631
    (201) 705-1200

  *Attorneys for Defendant*

2